UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IOVATE HEALTH SCIENCES INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL RESEARCH INSTITUTE and EDWARD A. BYRD,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C-04-1817 PJH<br><br>ORDER OF DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff and counter-defendant Iovate Health Sciences International, Inc., defendant and counterclaimant Medical Research Institute and defendant Edward A. Byrd hereby stipulate that the above-captioned matter is dismissed with prejudice in its entirety pursuant to a confidential settlement agreement between the parties. Each party shall bear its own costs and attorneys' fees.

EXECUTED this 5th day of November, 2004.

STIPULATED AND AGREED:

_____/s/_____
Simon J. Frankel (171552)
HOWARD, RICE, NEMOROVSKI, CANADY
    FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 434-1600

Counsel for Plaintiff and Counter-Defendant
Iovate Health Sciences International, Inc.

_____/s/_____
Angela L. Dunning (212047)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000

Counsel for Defendant and Counterclaimant
Medical Research Institute and Defendant
Edward A. Byrd

**IT IS SO ORDERED:**

6/13/05

_____
The Honorable Phyllis J. Hamilton
United States District Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

689995 v1/PA
#s#j01!.DOC

1.

STIPULATION OF DISMISSAL
CASE NO. C-04-1817 PJH

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

## NOTICE OF DISMISSAL

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following part(ies) in this action:

| | |
|---|---|
| H. Joseph Escher III, Esq. | John E. Villafranco, Esq. |
| Simon J. Frankel, Esq. | Thomas Gilbertsen, Esq. |
| Howard Rice Nemorovski Canady Falk & Rabkin | Collier Shannon Scott, PLLC 3050 K. Street |
| Three Embarcadero Center, 7th Floor | N.W. Suite 400 |
| San Francisco, CA 94111-4024 | Washington, DC 20007-5108 |

Executed on November 5, 2004, at Palo Alto, California.

/s/
Brandie Giovannoni

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

689995 v1/PA
#s#j01!.DOC

2.

C-04-1817 PJH